# ATTACHMENT 1

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 AUG 28 P 4:07
CLERK OF COURT

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE  EASTERN  DISTRICT OF  WISCONSIN FEDERAL COURT

(Full name of plaintiff(s))

JUDELL WALKER

vs

(Full name of defendant(s))

CITY OF MILWAUKEE, MILWAUKEE POLICE DEPARTMENT, DISTRICT 5, SHERONDA D GRANT (CAPTAIN),

JEREMIAH C JACKS (OFFICER), JOHN DOE AKA "SHARKY" (NIGHT LEAD),

ADRIANNA LAMACK (OFFICER), JOHN DOE (HOSPITAL OFFICER), JOHN DOE (SHIFT COMMANDER) ALL IN THEIR OFFICIAL AND PERSONAL CAPACITY

Case Number:

**25-C 1308**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of  WISCONSIN  and resides at
   (State)

   2650 N M.L.K DRIVER 12828, MILWAUKEE WI 53212

   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____

CITY OF MILWAUKEE, MILWAUKEE POLICE DEPARTMENT, DISTRICT 5, SHERONDA D GRANT (CAPTAIN) JEREMIAH C JACKS (OFFICER), JOHN DOE AKA "SHARKY" (NIGHT LEAD) ADRIANNA LAMACK (OFFICER), JOHN DOE (HOSPITAL OFFICER), JOHN DOE (SHIFT COMMANDER) ALL IN THEIR OFFICIAL AND PERSONAL CAPACITY

(Name)

is (if a person or private corporation) a citizen of  WISCONSIN  _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

MILWAUKEE POLICE DEPARTMENT, DISTRICT 5, 2920 N VEL R. PHILLIPS AVE, MILWAUKEE, WI 53212

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about August 26, 2022, Plaintiff was arrested by Milwaukee Police Department officers and detained until August 30, 2022.

While incarcerated, Plaintiff was subjected to inhumane and unconstitutional conditions, including:

On August 29, 2022, Plaintiff was hospitalized for symptoms consistent with starvation due to lack of food provided in custody.

enial of adequate food: Plaintiff was not provided the recommended daily calorie intake and was not given three meals per day. On multiple occasions, meals consisted only of peanut butter sandwiches, and at times, there was no bread available.

Officers mocked hungry inmates by shouting "McDonald's" in order to taunt and ridicule them.

uring transport to the hospital, when Plaintiff informed medical staff that officers were failing to feed inmates, a transporting officer yelled, "it's not our fault!" instead of addressing the issue.

Required inmate welfare checks were not performed. Officers even carried firearms inside a designated no-gun zone, demonstrating reckless disregard for safety.

Plaintiff was denied all outdoor time, access to legal counsel, phone calls, or family contact during the entire four-day confinement, effectively leaving Plaintiff isolated "in a hole."

Plaintiff was forced to ration a small portion of fries for several days in a napkin because food was so scarce.

Attachment One (Complaint) – 2

ALL DEFENDANTS ON AUGUST, 26TH, 27TH, 28TH, 29TH & 30TH VIOLATED JUDELL WALKERS 6TH, 8TH & 14TH AMENDMENTS

Count I – Fourteenth Amendment (Pretrial Detainee): Conditions of Confinement / Basic Needs

As a pretrial detainee, Plaintiff was entitled to conditions that meet basic human needs, including adequate nutrition, reasonable safety, and access to necessary medical care, judged by objective reasonableness. Defendants' denial of adequate food and failure to ensure medical attention until emergency hospitalization were objectively unreasonable and caused Plaintiff harm.

Count II – Sixth and Fourteenth Amendments: Denial of Access to Counsel/Phone & Procedural Protections

## Count III – Monell Liability (City of Milwaukee)

The violations resulted from the City's policies, customs, or practices, including: (a) chronic failure to provide adequate meals/calories in district lockups; (b) failure to perform required welfare checks; (c) practices that deny detainees timely access to a phone/counsel; (d) inadequate training/supervision regarding detainee care and safety. The City's deliberate indifference to these known risks was a moving force behind Plaintiff's injuries.

C.  JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff seeks $1,000,000 & compensatory damages for physical injury (including the Aug 29 hospitalization), pain and suffering, emotional

distress, and out-of-pocket expenses; punitive damages against the individual officers (not the City); and all other relief the Court deems just.

E.  JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this __08__ day of __28__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

786-459-7847
_____
Plaintiff's Telephone Number

judellwalker@gmail.com
_____
Plaintiff's Email Address

2650 n m.l.k. dr 12828, Milwaukee, WI, 53212
_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.